■ LUCILLE M. FERGUSON, Individually and as Receiver of JOSEPH B. FERGUSON v. 444 WEST 55TH STREET CORPORATION et al.; PAUL WOLFE, Appel-

lant; JOSEPH B. FERGUSON, SR., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.